UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY HUFFMAN,

    Plaintiff,

v.

GREAT LAKES CENTRAL
RAILROAD, INC.,

    Defendant.

Case No. 18-11676

Hon. David M. Lawson
Magistrate Judge David R. Grand

_____/

## STIPULATED ORDER OF DISMISSAL

Upon the stipulation of the parties, and the Court being fully advised in the premises;

**IT IS ORDERED** that this matter is dismissed with prejudice, each party to bear their own costs. This is a final order and closes the case.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Dated: February 12, 2020

So stipulated:

/s/ Benjamin J. Wilensky (P75302)
Counsel for Plaintiff

/s/ Michael D. Weaver (P43985)
Counsel for Defendant